IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON J. BEYER, et al. | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 14-4887 |
| STATE FARM FIRE AND CASUALTY CO. | : |
| | : |

## ORDER

**AND NOW,** this 20th day of July 2015, upon consideration of Defendant's Motion for Partial Summary Judgment as to Count II of the Complaint (ECF Doc. No. 25) and Plaintiff's Opposition (ECF Doc. No. 30), it is **ORDERED** Defendant's Motion for Partial Summary Judgment (ECF Doc. No. 25) is **GRANTED** and Count II (Bad Faith) is **DISMISSED.**

KEARNEY, J.